# Third District Court of Appeal

## State of Florida

Opinion filed April 13, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0482
Lower Tribunal No. 20-18034
_____

**Kenzie Sadlak,**
Appellant,

vs.

**Frank Trujillo,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, George A. Sarduy, Judge.

Kenzie N. Sadlak, P.A., and Kenzie N. Sadlak, for appellant.

Joyce Law, P.A., and Richard F. Joyce, for appellee.

Before FERNANDEZ, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

We reverse the trial court's dismissal of the appellant's petition for determination of parental responsibility, parenting plan, timesharing, and

child support, and remand with instructions to transfer the petition to the underlying paternity action in accordance with any Eleventh Judicial Circuit administrative policy or process. See Fla. Fam. L. R. P. 12.003 ("All related family cases must be handled before one judge unless impractical."); Urbach v. Guardianship of J.R.U., 321 So. 3d 390, 390 (Fla. 3d DCA 2021) ("Because the trial judge erred in dismissing the petition instead of transferring it to the appropriate division, we reverse and remand with instructions to reinstate the petition and leave the issue of transfer to the discretion of the Chief Judge of the Eleventh Judicial Circuit.").